1  Ira Spiro (SBN: 64641)
       ispiro@spiromoss.com
2  J. Mark Moore (SBN: 180473)
       mmoore@spiromoss.com
3  Spiro Moss Barness LLP
   11377 W. Olympic Blvd., Fifth Floor
4  Los Angeles, CA 90064
   Telephone:   (310) 235-2468
5  Facsimile:   (310) 235-2456

6  Attorneys for Plaintiff
   CELINE YALENKATIAN
7

8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Greg L. Johnson (SBN: 132397)
   greg.johnson@pillsburylaw.com
9  Daveed A. Schwartz (SBN: 200046)
   daveed.schwartz@pillsburylaw.com
10 400 Capitol Mall, Suite 1700
   Sacramento, CA 95814-4419
11 Telephone: (916) 329-4700
   Facsimile: (916) 441-3583
12
   Attorneys for Defendant
13 BEBE STORES, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 _____
                                          )
   CELINE YALENKATIAN, individually       )        No. C 07-0255 JSW
19 and on behalf of all others similarly situated, )
                                          )        STIPULATION EXTENDING TIME
20                          Plaintiff,    )        FOR DEFENDANT BEBE STORES,
                                          )        INC. TO RESPOND TO COMPLAINT
21           vs.                          )        AND FOR EXTENDING DATE OF
                                          )        INITIAL CASE MANAGEMENT
22 BEBE STORES, INC., and DOES 1-10,      )        CONFERENCE AND [PROPOSED]
                                          )        ORDER
23                          Defendants.   )
                                          )
24 _____ )      Complaint Filed: January 16, 2007

25 TO THIS HONORABLE COURT:

26        Plaintiff CELINE YALENKATIAN ("Plaintiff") and Defendant BEBE STORES,

27 INC. (hereinafter "Defendant"), jointly submit the following Stipulation to the Court for its

28

1  consideration and jointly submit the attached order extending the time for Defendant to

2  respond to the Complaint filed by Plaintiff and also extending related case management

3  deadlines.

4      The background and circumstances which establish good cause for the extension are

5  as follows:

6  <u>STIPULATION</u>

7      WHEREAS, on January 16, 2007, Plaintiff filed the instant action against

8  Defendant;

9      WHEREAS, on January 29, 2007, Plaintiff served the instant action on Defendant;

10      WHEREAS, Defendant waived service of a summons making its response to the

11  Complaint due on or before sixty (60) days from January 29, 2007;

12      WHEREAS, counsel for Defendant was recently retained and has not yet had the

13  opportunity to review and analyze the Complaint in order to determine the appropriate

14  response thereto;

15      WHEREAS, Defendant has not previously requested an extension of time in this

16  matter;

17      WHEREAS, two nearly identical lawsuits pursuant to 15 U.S.C. § 1681 *et seq.* (the

18  Fair Credit Reporting Act), *Klimp v. bebe Stores, Inc.*, Case No. 3:07-cv-00203, and

19  *Libman v. bebe Stores, Inc.*, 2:07-cv-00972, are pending in the U.S. District Courts for the

20  Northern and Central Districts respectively;

21      WHEREAS, the date to file a response to the complaint in *Libman v. bebe Stores,*

22  *Inc.* is May 7, 2007 and the parties to the *Klimp v. bebe Stores, Inc.* action have agreed to

23  extend the date to file a response to the complaint to May 7, 2007 pending approval of the

24  Court;

25      WHEREAS, Plaintiff and Defendant agree that Defendant may have until May 7,

26  2007 to file a response to the Complaint in the above-captioned matter;

27      WHEREAS, Plaintiff and Defendant also believe that extending the Case

28

1   Management Conference and related dates would promote efficiency;

2   WHEREAS, Plaintiff and Defendant agree that the Case Management Conference

3   should be scheduled for June 1, 2007, or as soon thereafter as possible;

4   WHEREAS, Plaintiff and Defendant agree that the last day to meet and confer

5   regarding initial disclosures, early settlement, ADR process selection, and a discovery plan

6   and the last day to file a Joint ADR Certification with Stipulation to the ADR Process or a

7   Notice of Need for ADR Phone Conference should be no later twenty-one (21) days prior to

8   the Case Management Conference;

9   WHEREAS, Plaintiff and Defendant agree that the last day to complete initial

10  disclosures or state objection in a Rule 26(f) Report, file a Case Management Statement and

11  file and serve a Rule 26(f) Report should be no later than fourteen (14) days after the parties

12  have met and conferred regarding initial disclosures, early settlement, and a discovery plan.

13  WHEREAS, the parties recognize that this Court has the power to exercise

14  reasonable control over all proceedings connected with the litigation to ensure the orderly

15  and economic administration of justice;

16  WHEREAS, the parties further agree that the requested extension is not solely for

17  the purposes of delay, but so that the due process of the parties is protected and so that

18  justice may be done;

19  WHEREAS, the parties agree that this Stipulation may be executed in counterparts,

20  and that facsimile signatures shall be deemed acceptable signatures for the purposes of this

21  Stipulation.

22  IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR

23  COUNSEL OF RECORD THAT:

24  Defendant *bebe Stores, Inc.* shall have up to and including May 7, 2007 in which to

25  file its response to Plaintiff Celine Yalenkatian's Complaint.

26  A Joint Case Management Statement will be due in the matter on or before May 25,

27  2007 and a Case Management Conference will be held on June 1, 2007.

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
AND FOR EXTENDING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER; No. C 07-0255 JSW

1    The parties shall have up to and including May 11, 2007 in which to meet and

2    confer regarding initial disclosures, early settlement, ADR process selection, and a

3    discovery plan.

4    The parties shall have up to and including May 11, 2007 in which to file a Joint

5    ADR Certification with Stipulation to the ADR Process or Notice of Need for ADR Phone

6    Conference.

7    The parties shall have up to and including May 25, 2007 in which to complete initial

8    disclosures or state an objection in a Rule 26(f) Report and to file/serve a Rule 26(f) Report.

9    Nothing herein shall serve as a waiver of any party's claims or defenses in this

10   matter.

11

12   Dated: April 3, 2007                    SPIRO MOSS BARNESS LLP

13

14                                           By:____/s/ J. Mark Moore_____
                                                  Ira Spiro
15                                                J. Mark Moore
                                                  Attorneys for Plaintiff Celine Yalenkatian
16
                                                **(As authorized by counsel on April 3, 2007)**
17
     Dated:  April 3, 2007                   PILLSBURY WINTHROP SHAW PITTMAN LLP
18

19                                           By:  ___/s/ Daveed A. Schwartz_____
                                                  Greg L. Johnson
20                                                Daveed A. Schwartz
                                                  Attorneys for Defendant *bebe Stores, Inc.*
21

22

23         IT IS SO ORDERED.

24
                                             _____
25   Dated:___April 4, 2007_____
                                             The Honorable Jeffrey S. White
26                                           United States District Court Judge

27

28